UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
EDWARD BATISTE III
119 FOREST BROOK CIRCLE
ASHEBORO, NC  27203

CASE NO. 20-10613
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-2495

DATE: 02/25/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN CREDIT ACCEPTANCE<br>961 E MAIN ST<br>SPARTANBURG, SC  29302 | $20,919.45<br>INT: 5.25%<br>NAME ID: 123284<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 2495<br>COMMENT: 15DODG |
| AMERIFINANCIAL SOLUTIONS<br>300 REDLAND CT STE 207<br>OWINGS MILLS, MD  21117 | $0.00<br>INT: .00%<br>NAME ID: 182797<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: XX45<br>COMMENT: |
| AMSHER COLLECTION SERVICES<br>4524 SOUTHLAKE PKWY STE 15<br>BIRMINGHAM, AL  35244 | $0.00<br>INT: .00%<br>NAME ID: 161377<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $59.80<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 1750<br>COMMENT: |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $763.19<br>INT: .00%<br>NAME ID: 182840<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 1685<br>COMMENT: |
| CAPITAL BANK<br>ONE CHURCH ST<br>ROCKVILLE, MD  20850 | $0.00<br>INT: .00%<br>NAME ID: 163536<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAR FINANCIAL SERVICES<br>59 SKYLINE DR #1700<br>LAKE MARY, FL  32746 | $0.00<br>INT: .00%<br>NAME ID: 134956<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2000<br>COMMENT: |
| CNAC NC 104<br>975 NC HWY 66S<br>KERNERSVILLE, NC  27284 | $0.00<br>INT: .00%<br>NAME ID: 182798<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| ED FINANCIAL<br>120 N SEVEN OAKS DR<br>KNOXVILLE, TN  37922-2359 | $0.00<br>INT:  .00%<br>NAME ID:  139366<br>CLAIM #:  0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| FIRST NATIONAL BANK<br>P O BOX 1328<br>ASHEBORO, NC  27204 | $0.00<br>INT:  .00%<br>NAME ID:  182799<br>CLAIM #:  0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| FIRST PROGRESS CARD<br>1120 WELSH RD STE 200<br>NORTH WALES, PA  19454 | $0.00<br>INT:  .00%<br>NAME ID:  152446<br>CLAIM #:  0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| FRANKLIN COLLECTION<br>2978 W JACKSON ST<br>TUPELO, MS  38801 | $0.00<br>INT:  .00%<br>NAME ID:  45739<br>CLAIM #:  0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8015<br>COMMENT: | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 2495<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 2495<br>COMMENT: | |
| NEW SOUTH FINANCE<br>422 EASTCHESTER DR<br>HIGH POINT, NC  27262 | $2,702.76<br>INT:  .00%<br>NAME ID:  154562<br>CLAIM #:  0016 | | (U) UNSECURED<br><br>ACCT: 2403<br>COMMENT: | |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $210.00<br>INT:  .00%<br>NAME ID:  159089<br>CLAIM #:  0013 | | (U) UNSECURED<br><br>ACCT: 9925<br>COMMENT: | |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT:  .00%<br>NAME ID:  9626<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| SPECIALIZED MANAGEMENT SERVICE<br>P O BOX 3842<br>MERIDIAN, MA  39303 | $0.00<br>INT:  .00%<br>NAME ID:  182800<br>CLAIM #:  0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT: XX81<br>COMMENT: | |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $9,478.08<br>INT:  .00%<br>NAME ID:  53815<br>CLAIM #:  0018 | | (U) UNSECURED<br><br>ACCT: 0851<br>COMMENT: | |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $1,469.16<br>INT:  .00%<br>NAME ID:  170446<br>CLAIM #:  0022 | | (U) UNSECURED<br><br>ACCT: 2495<br>COMMENT: | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $116.29<br>INT: .00%<br>NAME ID: 182990<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN OFFICER<br>101 N PHILLIPS AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>INT: .00%<br>NAME ID: 172434<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WILLIAMS & FUDGE INC<br>300 CHATHAM AVE<br>ROCK HILL, SC  29731 | $0.00<br>INT: .00%<br>NAME ID: 112712<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: XX36<br>COMMENT: |
| **TOTAL:** | **$35,718.73** | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $5,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/25/2021                                                    OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice